Form H2500E (12/15)

# United States Bankruptcy Court
# District of Hawaii

In re  Paniolo Cable Company, LLC    ,     )     Case No. 18-01319
        Debtor*                                         )
                                                               )     Chapter  11
                                                               )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on November 13, 2018 (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:  United States Bankruptcy Court
                                        District of Hawaii
                                        1132 Bishop Street, Suite 250
                                        Honolulu, Hawaii  96813

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:  Toby L. Gerber
                                                                 Norton Rose Fulbright US LLP
                                                                  2200 Ross Avenue, Suite 3600
                                                                  Dallas, TX  75201

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                              /s/ Michael B. Dowling
    Date:  November 13, 2018                                            Clerk of Court

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____          Signature _____

      Print Name :     _____

      Business Address:   _____

                                        _____