Form H2500E (12/15)

# United States Bankruptcy Court
# District of Hawaii

In re  Paniolo Cable Company, LLC    ,      )     Case No. 18-01319
      Debtor*                                       )
                                                                                )     Chapter  11
                                                                                )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on November 13, 2018  (date), requesting an order for relief under chapter  11  of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

                        Address of the clerk:  United States Bankruptcy Court
                                                 District of Hawaii
                                                 1132 Bishop Street, Suite 250
                                                 Honolulu, Hawaii  96813

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

                      Name and Address of Petitioner's Attorney:  Toby L. Gerber
                                                                   Norton Rose Fulbright US LLP
                                                                     2200 Ross Avenue, Suite 3600
                                                                     Dallas, TX  75201

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                                                   /s/ Michael B. Dowling
                                                                                                   Clerk of Court
Date: November 13, 2018

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, <u>Laura E. Warfield</u> (name), certify that on <u>November 16, 2018</u> (date), I served this summons and a copy of the involuntary petition on <u>Paniolo Cable Company, LLC</u> (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*: <u>by U.S. Mail, First Class, postage prepaid, on:</u>

| | |
|---|---|
| Paniolo Cable Company, LLC<br>P.O. Box 4511<br>Kaneohe, HI 96744 | Charlton Hee<br>77-808 Kamehameha Highway<br>Mililani, HI 96789 |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>11/16/18</u>    Signature *[signed] Laura E. Warfield*

Print Name: <u>Laura E. Warfield</u>

Business Address: <u>c/o Chun Kerr, LLP</u>
<u>999 Bishop Street, Suite 2100</u>
<u>Honolulu, HI 96813</u>