1775774
KOBAYASHI SUGITA & GODA, LLP
LEX R. SMITH           3485-0
MARIA Y. WANG          8842-0
999 Bishop Street, 26th Floor
Honolulu, Hawaii 96813
Tel: 808-535-5700
Fax: 808-535-5799
lrs@ksglaw.com; myw@ksglaw.com

Attorneys for Interested Party
SANDWICH ISLES COMMUNICATIONS, INC.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | ) Case No. 18-01319 (RJF) |
|---|---|
| | ) (Chapter 11) |
| PANIOLO CABLE COMPANY, LLC, | ) |
| | ) NOTICE OF WITHDRAWAL |
| | ) WITHOUT PREJUDICE OF BLUE |
| Debtor. | ) IVORY AND SANDWICH ISLES |
| | ) COMMUNICATIONS, INC.'S |
| | ) MOTION FOR ORDER ENFORCING |
| | ) PURCHASE AND SALE |
| | ) AGREEMENT AND CONVEYING |
| | ) TO BLUE IVORY HAWAII |
| | ) CORPORATION TITLE TO THE |
| | ) MILILANI REAL ESTATE |
| | ) |
| | ) Hearing: |
| | ) Date: October 26, 2020 |
| | ) Time: 2:00 p.m. |
| | ) Judge: Honorable Robert J. Faris |
| _____ | ) |

# NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF BLUE IVORY AND SANDWICH ISLES COMMUNICATIONS, INC.'S MOTION FOR ORDER ENFORCING PURCHASE AND SALE AGREEMENT AND CONVEYING TO BLUE IVORY HAWAII CORPORATION TITLE TO THE MILILANI REAL ESTATE

PLEASE TAKE NOTICE that SANDWICH ISLES COMMUNICATIONS, INC. and BLUE IVORY ("Movants") by and through its attorneys Kobayashi Sugita & Goda, LLP, hereby withdraws, without prejudice, it's Motion for Order Enforcing Purchase and Sale Agreement and Conveying to Blue Ivory Hawaii Corporation Title to the Mililani Real Estate ("Motion"), filed herein on August 26, 2020 [CM/ECF Dkt #294] and set for hearing on October 26, 2020 at 2:00 p.m. before the Honorable Robert J. Faris.

DATED: Honolulu, Hawaii, October 26, 2020.

/s/ Lex R. Smith
LEX R. SMITH
MARIA Y. WANG
Attorneys for Interested Party
SANDWICH ISLES
COMMUNICATIONS, INC.