IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| In re<br><br>PANIOLO CABLE COMPANY, LLC<br><br>        Debtor. | ) Case No. 18-01319 (RJF)<br>) (Chapter 11)<br>)<br>) DECLARATION OF KEVIN W.<br>) HERRING<br>) |

## **DECLARATION OF KEVIN W. HERRING**

I, KEVIN W. HERRING, declare as follows:

1. I am a partner in the law firm of Ashford & Wriston.

2. I make this declaration based on personal knowledge and am competent to testify to the matters contained herein.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Memorandum Opinion and Order adopted by the Federal Communications Committee on June 30, 2017.

4. Attached hereto as Exhibit "2" is a true and correct copy of a print out from the Sandwich Isles Communications, Inc. website located at www.sandwich isles.com.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii; October 8, 2021.

                               /s/ Kevin W. Herring
                               KEVIN W. HERRING