H9022 (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Paniolo Cable Company, LLC**<br>Name | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Debtor 2<br>(Spouse, if filing) | Name | Case number: **18−01319**<br>Chapter: **11** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Granting Final Relief in Connection with Motion by Hawaiian Telcom, Inc. Enforcing the Court's Sale Order (related document(s)637 Motion). Date of Entry: 5/17/2022. (BA)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: May 17, 2022

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522−8100
www.hib.uscourts.gov