HOLLY T. SHIKADA 4017
Attorney General, State of Hawaiʻi
CRAIG Y. IHA 7919
RYAN K. P. KANAKAOLE 9613
ALYSSA-MARIE Y. KAU 11135
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 587-2978
Facsimile: (808) 586-1372
Email: ryan.kp.kanakaole@hawaii.gov

ASHFORD & WRISTON
A Limited Liability Law Partnership LLP
KEVIN W. HERRING 6722-0
999 Bishop Street
First Hawaiian Center, 14th Floor
Honolulu, Hawaii 96813
Telephone: (808) 539-0440
Facsimile: (808) 533-4945
Email: kherring@awlaw.com

Attorneys for the Department of Hawaiian Home Lands,
State of Hawaiʻi

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| In re<br><br>PANIOLO CABLE COMPANY, LLC<br><br>    Debtor. | Case No. 18-01319 (RJF)<br>(Chapter 11)<br><br>DEPARTMENT OF HAWAIIAN HOME LANDS' JOINDER TO HAWAIIAN TELCOM, INC.'S RESPONSE TO WAIMANA ENTERPRISES INC.'S MOTION |

|   | ) | (ECF NO. 740) FOR |
|---|---|---|
|   | ) | RECONSIDERATION OF |
|   | ) | FINDINGS OF FACT OF THE |
|   | ) | COURT'S ORDER GRANTING |
|   | ) | FINAL RELIEF IN CONNECTION |
|   | ) | WITH MOTION BY HAWAIIAN |
|   | ) | TELCOM., INC. ENFORCING THE |
|   | ) | COURT'S SALE ORDER, FILED |
|   | ) | MAY 17, 2002 [ECF NO. 729] |
|   | ) |   |
|   | ) | <u>Hearing</u> |
|   | ) | Date:  August 1, 2022 |
|   | ) | Time: 9:30 am |
|   | ) | Judge: Hon. Robert J. Faris |
|   | ) |   |
|   | ) | [Related Docket Entry:  Dkt. # 759] |

DEPARTMENT OF HAWAIIAN HOME LANDS' JOINDER TO HAWAIIAN TELCOM, INC.'S RESPONSE TO WAIMANA ENTERPRISES INC.'S MOTION (ECF NO. 740) FOR RECONSIDERATION OF FINDINGS OF FACT OF THE COURT'S ORDER GRANTING FINAL RELIEF IN CONNECTION WITH MOTION BY HAWAIIAN TELCOM., INC. ENFORCING THE COURT'S SALE ORDER, FILED MAY 17, 2002 [ECF NO. 729]

The State of Hawaiʻi, Department of Hawaiian Home Lands ("DHHL") , by and through its undersigned counsel, respectfully submits its joinder in Hawaiian Telcom, Inc.'s Memorandum in Opposition to Waimana's Motion for Reconsideration, filed herein on July 18, 2022, [Dkt# 759] to Plaintiff Waimana Enterprises Inc.'s *Motion For Reconsideration Of Findings Of Fact Of The Court's Order Granting Final Relief In Connection With Motion By Hawaiian Telcom., Inc. Enforcing The Court's Sale Order, Filed May 17, 2002 [ECF No. 729]*, filed

herein on May 27, 2022 (Dkt. #740)(the "Motion") and *Clearcom, Inc.'s Joinder In Waimana Enterprises Inc.'s Motion (ECF No. 740) For Reconsideration Of Findings Of Fact Of The Final Relief In Connection With Motion by Hawaiian Telcom, Inc. Enforcing The Court's Sale Order, Filed May 17, 2022 [ECF No.729],* filed herein on May 31, 2022 (Dkt. #745).

DATED: Honolulu, Hawaiʻi, July 18, 2022.

>HOLLY T. SHIKADA
>Attorney General, State of Hawaii
>
>CRAIG Y. IHA
>RYAN K.P. KANAKAOLE
>ALYSSA-MARIE Y. KAU
>
>　　/s/ Kevin W. Herring
>KEVIN W. HERRING
>Attorneys for the Department of Hawaiian
>　Home Lands, State of Hawaiʻi