**Date Signed:**
**August 17, 2022**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PANIOLO CABLE COMPANY, LLC,<br><br>               Debtor. | CASE NO. 18-01319<br>(Chapter 11)<br><br>**ORDER DENYING WAIMANA ENTERPRISES INC.'S MOTION FOR RECONSIDERATION OF FINDINGS OF FACT OF THE COURT'S ORDER GRANTING FINAL RELIEF IN CONNECTION WITH MOTION BY HAWAIIAN TELCOM, INC. ENFORCING THE COURT'S SALE ORDER, FILED MAY 17, 2022**<br><br>Hearing:<br>Date: <u>August 1, 2022</u><br>Time: <u>9:30 a.m.</u><br>Judge: <u>Honorable Robert J. Faris</u> |

# ORDER DENYING WAIMANA ENTERPRISES INC.'S MOTION FOR RECONSIDERATION OF FINDINGS OF FACT OF THE COURT'S ORDER GRANTING FINAL RELIEF IN CONNECTION WITH MOTION BY HAWAIIAN TELCOM, INC. ENFORCING THE COURT'S SALE ORDER, FILED MAY 17, 2022

Waimana Enterprises Inc.'s *Motion for Reconsideration of Findings of Fact of the Court's Order Granting Final Relief in Connection with Motion by Hawaiian Telcom, Inc. Enforcing the Court's Sale Order, Filed May 17, 2022*, which motion was filed on May 27, 2022 at Docket No. 740 (the "Motion for Reconsideration") came on for hearing before the Honorable Robert J. Faris, on August 1, 2022 at 9:30 a.m. (the "Hearing").

The Court, having duly considered the Motion for Reconsideration, all of the written memoranda and exhibits filed in connection therewith (at Docket Nos. 745, 759, 760, and 774), the argument of all counsel at the Hearing, the record of the case, and good cause appearing therefor, it is HEREBY ORDERED that for the reasons set forth by the Court at the Hearing, the Motion for Reconsideration is DENIED ~~in its entirety, WITH PREJUDICE~~.   RJF

**END OF ORDER**

APPROVED AS TO FORM:

    */s/ William K. Meheula, III*
William K. Meheula, III
D. Kaena Horowitz
MEHEULA LAW LLLC
Counsel for Waimana Enterprises Inc.


    */s/ Addison D. Bonner*
Addison D. Bonner
Trevor N. Tamashiro
TAMASHIRO SOGI & BONNER
Counsel for Clearcom, Inc.


    */s/ Kevin W. Herring*
Kevin W. Herring
ASHFORD & WRISTON
Counsel for Department of Hawaiian Home Lands, State of Hawaii

Submitted by:

CASE LOMBARDI & PETTIT
A LAW CORPORATION
TED N. PETTIT                                              4287-0
Email: tnp@caselombardi.com
DAVID G. BRITTIN                                          8686-0
Email: dbrittin@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 547-5400 | Fax: (808) 523-1888

MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. GALLO *(Pro Hac Vice)*
One Federal Street | Boston, MA 02110-1726
Phone: +1 (617) 951-8117
Email: andrew.gallo@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
MELISSA Y. BOEY *(Pro Hac Vice)*
1400 Page Mill Road | Palo Alto, CA 94304
Phone: 1 (650) 843-4000
Email: melissa.boey@morganlewis.com

Attorneys for HAWAIIAN TELCOM, INC.