H9022 (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Paniolo Cable Company, LLC** <br> Name | **United States Bankruptcy Court** <br> **District of Hawaii** |
| Debtor 2 <br> (Spouse, if filing) | Name | Case number: **18–01319** <br> Chapter: **11** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Denying Motion for Reconsideration of Findings of Fact of the Court's Order Granting Final Relief in Connection with Motion By Hawaiian Telcom, Inc. Enforcing The Court's Sale Order (Related Doc # 740) Date of Entry: 8/17/2022. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: August 17, 2022

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk